## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### Judge Raymond P. Moore

Civil Case No. 13-cv-03285-RM-KMT

JENSEN FARMS, a Colorado partnership.

      Plaintiff,

v.

PRIMUS GROUP, INC., a California corporation d/b/a PRIMUSLABS,

      Defendant.

---

## ORDER GRANTING JOINT MOTION TO DISMISS

---

This matter comes before the Court on the Parties' Joint Motion to Dismiss filed March 10, 2015 (ECF No. 50).  The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Joint Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay its own attorney's fees and costs.

Dated this 10th day of March, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge